EXHIBIT-A



**FOXWOODS** RESORT ◇ CASINO
康 州 快 活 大 賭 場

發財巴士票
ROUND TRIP
BUS TICKET

代理：**天地娛樂製作**
TIFFANY ENTERTAINMENT

地址：5516 八大道 布碌崙
(55 夾 56 街 8 大道 好運商場內)
Address: 5516 8 Avenue, Brooklyn

電話 PHONE: 718-686-0740

本公司有權保留所有更改或取消權利，恕不另行通知。
* 持票人必須年滿 21 歲或以上，不得退票、改票、轉讓或出售。逾期作廢。
*Age must be 21 and over. Non-transferable. Non-returnable.

**COUPON**

*Bonus*

回程車票 - 布碌崙
Brooklyn NY
RETURN TICKET

日期  JUN 13 2009
DATE

座位編號 Y:------50------
SEAT NO.

巴士編號
BUS NO.

回程時間   4:45 AM
RETURN TIME
乘客必需提前 15 分鐘上車。
Passenger must board 15 minutes prior to return time
***Only valid 7 days.***
回程票 7 天有效期

日期
Date: _____

出發時間  9:30PM
Departure time:

**MATCH PLAY**
**COUPONS**
* 持票人必須年滿 21 歲或以上
*Age Must be 21 and over
憑此車票兌現賭場贈券

## Brooklyn ⇄ Foxwoods
布碌崙 — 康州快活大賭場

| 86街<br>86th Street | Bay Parkway<br>N 車站 | 十八大道<br>(藝述慱物館)<br>18th Avenue | 八大道<br>8th Avenue | 回程時間<br>Return |
|---|---|---|---|---|
| | | | | |
| 出發時間<br>Departure | | | | |
| 8:30am | 8:35am | 8:40am | 9:15am | 4:45pm |
| 9:30am | 9:35am | 9:40am | 10:15am | 5:45pm |
| | | | 11:30am | 7:15pm |
| | | | 8:30pm | 4:00am |
| | | | 9:30pm | 4:45am |

**\*\*原班車乘客回程時必須視前15分鐘到達停車場等候上車,而最後5分鐘不得上車之乘客,將作棄權論,座位將讓予其他後補乘客。**

**\*\* Passenger must arrive at the bus gate 15 minutes prior to return time, or you will lost your seat. Seats are open to other standby passenger 5 minutes before return time.**