UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTON PURISMA,

                Plaintiff,

-against-

TIFFANY ENTERTAINMENT,
JOHN DOE, and JANE DOE,

                Defendants.

------------------------------------------------------------X

**ORDER**
09 CV 3502 (NGG)(LB)

**BLOOM, United States Magistrate Judge:**

    Plaintiff originally filed this action in the Southern District of New York. Docket entry 4. On August 3, 2009, the case was transferred to this Court. Id. On September 16, 2009, the Court dismissed plaintiff's complaint for failure to state a claim on which relief may be granted and for lack of subject matter jurisdiction. However, plaintiff was given 30 days to amend his complaint. Docket entry 6.

    On October 14, 2009, plaintiff filed an amended complaint. In response to plaintiff's amended complaint, Tiffany Entertainment filed a two page letter addressed "Dear Judge" and signed by Manager Eddie Zheng. Docket entry 11. This letter is not an answer to the complaint under Rule 12 of the Federal Rules of Civil Procedure ("Federal Rules"). Moreover, Tiffany Entertainment is apparently a corporation, and therefore, it cannot conduct its case *pro se*. See, Lattanzio v COMTA, 481 F.3d 137, 139-40 (2d Cir. 2007); Eagle Associates v. Bank of Montreal, 926 F.2d 1305, 1308 (2d Cir. 1991); Shapiro, Bernstein & Co. v. Cont'l Record Co., 386 F.2d 426, 427 (2d Cir. 1967).

1

Plaintiff now moves the Court for an entry of default under Rule 55(a) of the Federal Rules. Plaintiff's motion is denied without prejudice. In light of defendant's letter, docket entry 11, the Court orders Tiffany Entertainment to retain counsel to respond to plaintiff's amended complaint by September 30, 2010. The Clerk of Court is directed to serve a copy of this Order on Tiffany Entertainment at 5516 8th Avenue, 1st Floor, Brooklyn, NY 11220.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: August 25, 2010
      Brooklyn, New York